AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schall, Alvin A. | United States Court of Appeals for the Federal Circuit | 04/21/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge (Senior Status) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, D.C. 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (one of two) | Trust #2 |
| 2. | Trustee (one of two) | Trust #4 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories, Inc. | B | Dividend | K | T | | | | | |
| 2. Abbvie | B | Dividend | L | T | | | | | |
| 3. Altria Group, Inc. | C | Dividend | L | T | | | | | |
| 4. Boeing Co. | C | Dividend | M | T | | | | | |
| 5. BP PLC | D | Dividend | M | T | | | | | |
| 6. Donnelley Financial Solutions, Inc. | A | Dividend | | | Sold | 12/12/16 | J | A | |
| 7. Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 8. General Electric Co. | C | Dividend | M | T | | | | | |
| 9. General Mills, Inc. | C | Dividend | L | T | | | | | |
| 10. Home Depot, Inc. | D | Dividend | N | T | | | | | |
| 11. Intel Corp. | C | Dividend | M | T | | | | | |
| 12. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 13. J.P. Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 14. Kraft Heinz Co. | A | Dividend | K | T | | | | | |
| 15. LSC Communications, Inc. | A | Dividend | | | Sold | 12/12/16 | J | A | |
| 16. Minnesota Mining & Mfg. Co. | C | Dividend | M | T | | | | | |
| 17. Mondelez Int'l., Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Motorola Solutions, Inc. | A | Dividend | K | T | | | | | |
| 19. Pepsico, Inc. | D | Dividend | M | T | | | | | |
| 20. Philip Morris Int'l., Inc. | C | Dividend | M | T | | | | | |
| 21. R.R. Donnelley & Sons Co. | A | Dividend | | | Sold | 12/12/16 | J | | Loss |
| 22. Vanguard High Dividend Yield ETF | D | Dividend | M | T | | | | | |
| 23. Vanguard High Dividend Yield ETF ( | D | Dividend | M | T | Buy | 04/18/16 | M | | |
| 24. Walt Disney Co. | C | Dividend | M | T | | | | | |
| 25. Yum Brands, Inc. | B | Dividend | K | T | | | | | |
| 26. Yum China Holdings, Inc. | B | Dividend | K | T | Spinoff (from line 25) | 11/01/16 | K | | |
| 27. DWS Strategic Gov. SEC Fund | B | Interest | L | T | Sold (part) | 12/01/16 | J | A | |
| 28. DWS GNMA Fund - S ( | B | Interest | K | T | | | | | |
| 29. Edgartown Water Co. | | None | J | W | | | | | |
| 30. Mainbocher, Inc. | | None | J | W | | | | | |
| 31. Evergreen Money Fund | A | Interest | J | T | | | | | |
| 32. Fidelity Contra Fund ( | B | Dividend | L | T | Sold (part) | 12/01/16 | J | B | |
| 33. Vanguard Int.-Term Tax-Exempt Fund Adm. Shares Bond Fund ( | D | Dividend | M | T | | | | | |
| 34. Vanguard Ltd.-Term Tax-Exempt Fund Adm. Shares Bond Fund ( | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Short-Term Bond Index Adm. Shares Bond Fund ( | B | Dividend | | | Sold | 04/18/16 | M | | Loss |
| 36. Vanguard Dividend Growth Fund ( | D | Dividend | O | T | | | | | |
| 37. Williams 79 Associates ( | | None | J | W | | | | | |
| 38. TRUST #1: | | | | | | | | | |
| 39. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 40. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 41. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | C | Dividend | M | T | | | | | |
| 42. Deutsche Bank Trust Co. High Income Fund Class A | A | Dividend | J | T | | | | | |
| 43. I Shares MSCI Emerging Markets Index Fund | A | Dividend | | | Sold | 03/09/16 | J | C | |
| 44. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 45. TRUST #2: | | | | | | | | | |
| 46. American Express Co. | A | Dividend | K | T | | | | | |
| 47. BP PLC | B | Dividend | K | T | Sold (part) | 09/08/16 | J | A | |
| 48. Halyard Health, Inc. | | None | | | Sold | 05/24/16 | J | C | |
| 49. Kimberly Clark Corp. | C | Dividend | M | T | | | | | |
| 50. Pfizer, Inc. | A | Dividend | K | T | Sold (part) | 09/08/16 | J | B | |
| 51. Raytheon Co. | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Contra Fund | A | Dividend | L | T | | | | | |
| 53. Deutsche Bank Trust Co.U.S. Large Capital Growth Fund | D | Dividend | N | T | Sold (part) | 11/30/16 | J | | Loss |
| 54. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 55. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | K | T | | | | | |
| 56. TRUST #3: | | | | | | | | | |
| 57. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | J | T | | | | | |
| 58. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 59. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 60. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | D | Dividend | M | T | | | | | |
| 61. Deutsche Bank Trust Co. High Income Fund Class A | A | Dividend | J | T | | | | | |
| 62. I Shares MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 63. I Shares Cohen & Steers REIT ETF | A | Dividend | J | T | | | | | |
| 64. Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | J | T | | | | | |
| 65. TRUST #4: | | | | | | | | | |
| 66. American Express Co. | B | Dividend | L | T | | | | | |
| 67. BP PLC | B | Dividend | K | T | | | | | |
| 68. General Electric Co. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merck & Co., Inc. | B | Dividend | L | T | | | | | |
| 70. Procter & Gamble Co. | B | Dividend | L | T | | | | | |
| 71. Deutsche Bank Trust Co. International Fund | B | Dividend | L | T | | | | | |
| 72. Deutsche Bank Trust Co. Taxable Income Fund | D | Dividend | N | T | | | | | |
| 73. Deutsche Bank Trust Co. High Income Fund-Insured | B | Dividend | K | T | | | | | |
| 74. I Shares U.S. Treasury Inflation Protected Securities Fund | A | Dividend | K | T | | | | | |
| 75. Para-metrics Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 76. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | B | Dividend | M | T | | | | | |
| 77. Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-21, 24-26, 29, 30, 46-51 and 66-70 are common stock holdings.

2. Items 22, 23, 27, 28, 32-36, 43, 52, 62, 63, 74 and 75 are mutual funds.

3. Items 31, 44, 55, 64 and 77 are in the nature of money market accounts.

4. Items 40-42, 53, 57, 59-61, 71, 73 and 76 are mutual funds managed by Deutsche Bank Trust Co.

5. Items 39, 54 and 58 are tax-free securities funds managed by Deutsche Bank Trust Co.

6. Item 72 is a debt securities fund managed by Deutsche Bank Trust Co.

7. Item 37 is a real estate partnership.

8. See Items 6 and 15. On 10/03/16 RR Donnelley & Sons Co. spunoff and created Donnelley Financial Solutions, Inc. and LSC Communications, Inc. I thus acquired these two spinoff entities on 10/03/16, because of my holding in RR Donnelley & Sons. As reflected in Items 6, 15 and 21, I sold RR Donnelley & Sons, Donnelley Financial Solutions, and LSC Communications on 12/12/16.

9. See Item 57. This holding, Deutsche Bank Trust Co. U.S. Small Capitalization Fund, was mistakenly reported in Item 58 of my 2015 Financial Disclosure Report as being totally sold on 06/22/15. In fact, it was partially sold on that date.

10. "     Denotes holding by

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/21/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alvin A. Schall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544